IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLOS CULCLAGER                                                                                PLAINTIFF

v.                                          Case No. 5:19-cv-00290-KGB

OFFICE OF CHILD SUPPORT ENFORCEMENT, *et al.*                    DEFENDANTS

**ORDER**

Before the Court is the status of this case. On September 9, 2019, plaintiff Carlos Culclager filed a motion for leave to proceed *in forma pauperis* ("IFP") and a *pro se* civil rights complaint (Dkt. Nos. 1, 2). Mr. Culclager filed a second motion for leave to proceed IFP and an amended complaint on September 23, 2019 (Dkt. Nos. 3, 4). At the time this action was commenced, Mr. Culclager was confined at the W.C. "Dub" Brassell Adult Detention Center ("Detention Center") (Dkt. No. 1, at 1). He has since been released from custody (Dkt. No. 5).

On February 25, 2020, the Court denied as moot Mr. Culclager's motions for leave to proceed IFP, explaining that, when a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit (Dkt. No. 6). The Court then gave Mr. Culclager 30 days to either pay the filing fee in full or re-submit an IFP application which reflects his free-world financial status. To date, Mr. Culclager has not complied with the Court's February 25, 2020, Order, and the time for doing so has passed.

Accordingly, the Court dismisses without prejudice Mr. Culclager's complaint. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an IFP appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 21st day of January, 2021.

                                                             */s/ Kristine G. Baker*
                                                             Kristine G. Baker
                                                             United States District Judge

Case 5:19-cv-00290-KGB   Document 7   Filed 01/21/21   Page 2 of 2