IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLOS CULCLAGER                                                                              PLAINTIFF

v.                              Case No. 5:19-cv-00290-KGB

OFFICE OF CHILD SUPPORT ENFORCEMENT, *et al.*                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Carlos Culclager's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge